## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Richard S. Slagle Jr.                                    CHAPTER 13
                              Debtor(s)

                                                        BKY. NO. 26-20179 JAD

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION
and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ *Matthew Fissel*
                        Matthew Fissel
                        23 Jan 2026, 15:35:07, EST
                        Denise Carlon, Esq. (317226)        ☐
                        Matthew Fissel, Esq. (314567)        ☑
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        412-430-3594
                        bkgroup@kmllawgroup.com

Document ID: 83cd1c036fa79a30e48d2169b47c512f8a54618f8ec746001a27674c52fe8f74