IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard S. Slagle, Jr.<br>        Debtor, | BANKRUPTCY CASE NUMBER<br>26-20179-JAD |
| PNC Bank, N.A.<br>        Movant.<br>v.<br><br>Richard S. Slagle, Jr.<br>        Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>        Additional Respondent. | CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), PNC Bank, N.A., requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party.  This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                                                                      Respectfully submitted,

Dated: January 27, 2026                      BY: /s/ William E. Miller
                                                                        William E. Miller, 308951
                                                                        Heather Riloff, 309906
                                                                        Leslie J. Rase, 58365
                                                                        LOGS Legal Group LLP
                                                                        985 Old Eagle School Road, Suite 514
                                                                        Wayne, PA 19087
                                                                        (610) 278-6800
                                                                        logsecf@logs.com

LLG File #: 26-073224

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard S. Slagle, Jr.<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>26-20179-JAD |
| PNC Bank, N.A.<br>    Movant.<br>v.<br><br>Richard S. Slagle, Jr.<br>    Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

I, William E. Miller, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 28th day of January, 2026:

Richard S. Slagle, Jr.
146 Adele Road
Pittsburgh, PA 15237

Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
shawn@shawnwrightlaw.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

Dated:  January 27, 2026                                          BY: /s/ William E. Miller
                                                                                  William E. Miller, 308951
                                                                                  Heather Riloff, 309906
                                                                                  Leslie J. Rase, 58365
                                                                                  LOGS Legal Group LLP
                                                                                  985 Old Eagle School Road, Suite 514
                                                                                  Wayne, PA 19087
                                                                                  (610) 278-6800
                                                                                  logsecf@logs.com