UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Richard S. Slagle, Jr.<br><br>    Debtors<br>_____<br>PNC Bank, National Association,<br>     Movant,<br>v.<br><br>Richard S. Slagle, Jr.<br>,<br>   Respondent/Debtors,<br>and<br>Ronda J. Winnecour, Trustee,<br>  Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>26-20179-JAD<br><br>Hearing Date and Time: March 16, 2026, at<br>3:00PM<br><br><br>Related to Doc # 2 |

**OBJECTION OF PNC BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**

PNC Bank, National Association, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

1.	On or about January 21, 2026, Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2.	Movant holds an allowed claim, secured only by Debtor's principal residence located at 146 Adele Road, Pittsburgh, PA 15237.

3.	Movant is in the process of filing its Proof of Claim citing arrears in the amount of $593.27.

4.	Debtor's proposed plan calls for the payment to Movant of arrearages in the amount of $0.00 to be paid to the Trustee through the Plan.

5.	The Plan is insufficiently funded to pay Movant its proposed arrearage claim or proposed total debt claim in full.

6.	The Plan fails to comply with 11 U.S.C. § 1322.

7.	The Plan fails to comply with 11 U.S.C. § 1325.

8.	The Court must deny confirmation of Debtor's Chapter 13 Plan.

WHEREFORE, PNC Bank, National Association respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

Respectfully submitted,

Dated: February 17, 2026

BY: /s/ William E. Miller
William E. Miller
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800/ fax (847) 954-4809

LLG File #:26-073224

PA BAR ID #308951
wmiller@logs.com
pabk@logs.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard S. Slagle, Jr. | CHAPTER 13 |
| Debtors. | BANKRUPTCY CASE NUMBER 26-20179-JAD |
| PNC Bank, National Association<br>        Movant,<br>v. | |
| Richard S. Slagle, Jr.<br>        Respondent/Debtors, | |
| Ronda J. Winnecour, Trustee<br>        Additional Respondent. | |

## <u>ORDER</u>

AND NOW, this _____ day of  _____, 2026, upon consideration of the Objection of PNC Bank, National Association to the confirmation of Debtor's Chapter 13 Plan of Reorganization, it is hereby ORDERED that the Objection is sustained, and confirmation of Debtor's Plan is denied.

BY THE COURT:

_____
HONORABLE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Richard S. Slagle, Jr.<br>        Debtors.<br><br>_____<br><br>PNC Bank, National Association,<br>        Movant,<br><br>v.<br><br>Richard S. Slagle, Jr.<br>,<br>    Debtors/Respondent,<br>and<br>Ronda J. Winnecour, Trustee,<br>    Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>26-20179-JAD |

## CERTIFICATE OF SERVICE

I, William E. Miller, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of PNC Bank, National Association's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on February 17, 2026:

Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
Sent via electronic notification shawn@shawnwrightlaw.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Sent via electronic notification cmecf@chapter13trusteewdpa.com

/s/ William E. Miller
William E. Miller
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800

LLG File #:26-073224